ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

☐ Attorney for

☒ Chapter 13 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

Chapter: 13
Case Number: **6:19-bk-10473-SY**

In re:   **AMARI NICOLE DAVIS**

DATE: 07/05/2022
TIME: 1:30 pm

Debtor(s)

COURTROOM: 302

## NOTICE OF MOTION FOR:

### DISGORGEMENT OF FEES

1. TO: ALL INTERESTED PARTIES.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

**Hearing Date:** 7/5/2022        **Time:** 1:30 pm        **Courtroom:** 302        **Floor:** 3

☐ 255 East Temple Street, Los Angeles
☐ 21041 Burbank Boulevard, Woodland Hills
☒ 3420 Twelfth Street, Riverside

☐ 411 West Fourth Street, Santa Ana
☐ 1415 State Street, Santa Barbara

---

4. **Deadline for Opposition Papers**: This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 05/25/2022

Name: _____
Rod Danielson
Attorney for Movant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:127 - RD

January 2009

F 9013-1.1

1  ROD DANIELSON, Chapter 13 Trustee
   3787 University Avenue
2  Riverside, CA  92501
   (951) 826-8000   FAX (951) 826-8090
3

4

5

6

7                    UNITED STATES BANKRUPTCY COURT

8           CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

9   IN RE:                              ) Case No.: 6:19-bk-10473-SY
                                        )
10                                      ) Chapter 13
                                        )
11  AMARI MICOLE DAVIS,                 ) TRUSTEE'S MOTION FOR
                                        ) DISGORGEMENT OF FEES and
12                                      ) DECLARATION IN SUPPORT
      Debtor(s).                        )
13                                      ) Hearing Date: 7/5/22
                                        ) Hearing Time: 1:30 P.M.
14                                      ) Courtroom 302
                                        )
15

16        TO: UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S

17  COUNSEL AND PARTIES IN INTEREST:

18        PLEASE TAKE NOTICE THAT on the above-referenced date, time and courtroom Rod

19  Danielson, the Chapter 13 Trustee, will move this Court for an order disgorging the sum of

20  $750.00 paid to New Chapter Law Group which was paid through escrow without authorization.

21  This motion is brought pursuant to 11 U.S.C. §329 & 330, F.R.B.P. 2016, and L.B.R. 9011 for

22  the reasons stated in the motion. This motion is based upon the within pleading, the attached

23  Declaration, the information in the files and records of the Court and the Chapter 13 Trustee,

24  and such oral and written evidence that may be presented at the hearing.  The Trustee requests

25  judicial notice of the Court's files and records in the within bankruptcy case in support of this
    motion.

## STATEMENT OF FACTS

The Petition in this case was filed by January 19, 2019 and the plan was confirmed on April 9, 2019.

On May 4, 2022 the order granting debtor's motion for authority to sell real property was entered on the court's docket (docket #73).

The Trustee is in receipt of an "amended final seller's statement" dated May 6, 2022 which sets forth how the proceeds from the sale of real property at 31955 Straw Lily Drive, Murieta, CA 92563, were disbursed. Included on the closing statement is the following line-item:

**Attorney Services  New Chapter Law   $750.00**

Debtor's counsel has not filed an application for the award of fees, there is no order on the docket awarding fees, and there is no amended or new 2016(b) statement filed with the court disclosing the fees received by debtor's counsel through escrow.

## LAW AND ARGUMENT

This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. sections 157 and 1334. The  Chapter 13 Trustee as the administrator of this Chapter 13 case is an interested party pursuant to Federal  Rule of Bankruptcy Procedure 2017 and therefore has standing to bring this motion.

11. U.S.C. §330(a)(4)(B) provides:

In a chapter 12 or chapter 13 case in which the debtor is an individual, the court may allow reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case based on a consideration of the benefit and necessity of such services to the debtor and the other factors set forth in this section.

To date, the court has not issued any order allowing fees additional fees, nor has debtor's counsel sought any fees. Counsel has also failed to file a Statement under LBR 2016(b) disclosing the fees counsel received from escrow. 11 U.S.C. §330 (a)(4)(A)(ii) and 11 U.S.C.

1 §330 (a)(4)(B). The fees received by counsel constitute property of the estate and must be turned

2 over to the Trustee for administration and proper disposition.

3   WHEREFORE the Trustee respectfully requests that this court order that attorney of record

4 Robert L. Firth disgorge the sum of $750.00, to be paid to the Trustee not later than 7 days after

5 the date of entry of the order. The Trustee will forward the funds to the debtor.

7 **DEBTOR'S COUNSEL IS ENCOURAGED TO IMMEDIATELY FILE AN**
8 **APPLICATION FOR SUPPLEMENTAL FEES TO SEEK TO CURE THE DEFAULT.**

Rod Danielson
Digitally signed by Rod Danielson
Date: 2022.05.25 07:57:01 -07'00'

<u>Declaration of Rod Danielson</u>

I hereby declare under the penalty of perjury:

That I am the Chapter 13 standing trustee assigned to administer this case;

That I am familiar with the documents in my office file for this case as well as any information contained in my computer's database. I routinely use this information in the day-to-day business of the trustee, I have reviewed this information, and I am well familiar with the documents filed in this case as well as the case's history.

The Petition in this case was filed by January 19, 2019 and the plan was confirmed on April 9, 2019.

On May 4, 2022 the order granting debtor's motion for authority to sell real property was entered on the court's docket (docket #73).

The Trustee is in receipt of an "amended final seller's statement" dated May 6, 2022 which sets forth how the proceeds from the sale of real property at 31955 Straw Lily Drive, Murrieta, CA 92563, were disbursed. Included on the closing statement is the following line-item:

**Attorney Services    New Chapter Law    $750.00**

Debtor's counsel has not filed an application for the award of fees, there is no order on the docket awarding fees, and there is no amended or new 2016(b) statement filed with the court disclosing the fees received by debtor's counsel through escrow.

I declare under the penalty of perjury that the foregoing to true and correct. Signed and dated May 25, 2022 at Riverside, CA 92501.

Rod Danielson

Digitally signed by Rod Danielson
Date: 2022.05.25 07:57:26 -07'00'

4

| In re: | **AMARI NICOLE DAVIS** | | **Chapter: 13** |
|---|---|---|---|
| | | Debtor(s) | **Case Number: 6:19-bk-10473-SY** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **motion for disgorgement and declaration** will be served or

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **05/25/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ustpregion16.rs.ecf@usdoj.gov

nclgign@hotmail.com

☐ Service Information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On **05/25/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
AMARI NICOLE DAVIS
33323 CAMINO PIEDRA ROJO
TEMECULA, CA 92592

☐ Service Information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **05/25/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/25/2022 | Rod Danielson | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:127 - RD